# UNITED STATES DISTRICT COURT
# District of Maine

| | | |
|---|---|---|
| HERBERT M. ADAMS IV, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:19-cv-00471-GZS |
| AROOSTOOK COUNTY JAIL, et al., | ) ) ) | |
| Defendants | ) ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on December 12, 2019, his Recommended Decision (ECF No. 10) and on January 22, 2020 his Supplemental Recommended Decision (ECF No. 13). Plaintiff filed his Objection to the Recommended Decision (ECF No. 14) on February 6, 2020.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is **ORDERED** that based on the analysis set forth in the Recommended Decision and in the Supplement to the Recommended Decision and after review of the pleadings in accordance with 28 U.S.C. §§1915 and 1915A, the Plaintiff's Complaint, as amended, is hereby **DISMISSED**.

Dated this 10th day of February, 2020.

/s/George Z. Singal
Judge, U.S. District Court